## WHITAKER *v.* WHITAKER, administrator.

SIMMONS, C. J. The evidence was sufficient to authorize the verdict, and the trial judge did not approve any of the special grounds of the motion for new trial. *Judgment affirmed. All the Justices concurring.*

Argued November 13, — Decided December 10, 1901.

Complaint. Before Judge Harris. Heard superior court. January 30, 1901.

*S. Holderness,* for plaintiff in error.
*F. S. Loftin* and *D. B. Whitaker,* contra.